IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **08-cv-2252-AP**

**ALICJA KOSELSKI,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

## ORDER OF DISMISSAL

Kane, J.

On July 15, 2009, this court entered an Order to Show Cause requiring Plaintiff to show cause in writing on or before July 29, 2009, why service was not made within 120 days of the filing of the Complaint. To date, no response has been filed. It is, therefore

**ORDERED** that this case is **DISMISSED** pursuant to Rule 4(m), Federal Rules of Civil Procedure.

Dated: August 3, 2009

        BY THE COURT:

        *S/John L. Kane*
        JOHN L. KANE, SENIOR JUDGE
        UNITED STATES DISTRICT COURT